IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Shaomesha Shackelford, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv604 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 6, 2012 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 23, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court **ORDERS** that the EAJA fee petition is **GRANTED** and plaintiff is **AWARDED** $4,001.25 in attorney fees.

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court